Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
RICHARD WAYNE MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 04 0128 FCD |
| Plaintiff, ) | STIPULATION AND ORDER RE. EXCLUDABLE TIME AND CONTINUANCE OF STATUS CONFERENCE |
| v. ) | |
| RICHARD WAYNE MARTINEZ, ) | |
| Defendant. ) | |

The parties hereby stipulate to the following:

1. This matter was set for a status conference on May 16, 2005. By stipulation of the parties it is hereby requested that the status conference be continued to June 6, 2005 at 9:30 a.m., and that time be excluded for preparation of counsel, pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: May 25, 2005      /s/ Tim Warriner
                          Attorney for defendant, RICHARD
                          MARTINEZ

DATED: May 25, 2005      /s/ Matthew Stegman
                          Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference previously set for May 16, 2005 be continued to June 6, 2005 at 9:30 a.m. and that time be excluded to June 6, 2005 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: May 25, 2005

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT JUDGE