Timothy E. Warriner
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RICHARD WAYNE MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD WAYNE MARTINEZ,<br><br>　　　　Defendant. | No. CRS 04 0128 FCD<br><br>STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>"AS MODIFIED" |

The parties hereby stipulate to the following:

1. A status conference in this matter is currently set for June 6, 2005 at 9:30 a.m.

2. This case involves allegedly pirated Direct TV access devices. Defense counsel has requested discovery concerning the "amount of loss" claimed by the government. Counsel for the government has indicated that it has such discovery, and is now in the process of obtaining and disclosing these materials.

3. Due to this ongoing discovery, both counsel request that the status conference be continued to July 18, 2005 at 9:30 a.m. The July date is requested both because of the time needed to obtain and review discovery, and to account for defense counsel's pre-planned, pre-paid vacation from June 20 through July 8.

1

1  4.  It is further stipulated by the parties that time be excluded to July 18, 2005 for preparation of counsel pursuant to local code T4.  18 U.S.C. 3161(h)(8)(B)(iv).

DATED: June 3, 2005          /s/ Tim Warriner
                             Attorney for defendant, RICHARD MARTINEZ

DATED: June 3, 2005          /s/ Matthew Stegman
                             Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for June 6, 2005 be continued to July 25, 2005 at 9:30 a.m., and that time be excluded to July 25, 2005 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED:June 3, 2005

                             /s/ Frank C. Damrell Jr.
                             FRANK C. DAMRELL JR.
                             United States District Judge