Timothy E. Warriner
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RICHARD WAYNE MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 04 0128 FCD |
| Plaintiff, | ) ) | STIPULATION & ORDER VACATING TRIAL DATE |
| v. | ) ) | AND SETTING MATTER FOR STATUS CONFERENCE/ |
| RICHARD WAYNE MARTINEZ, | ) | ENTRY OF PLEA |
| Defendant. | ) ) | |

The parties hereby stipulate to the following:

1. Jury trial in this matter is now set to begin on January 31, 2006, and a trial confirmation hearing is set for December 5, 2005.

2. The parties are now engaged in plea discussions.  It is anticipated that these discussions will result in a written plea agreement and resolution of this case by way of plea rather than jury trial.  In order to afford counsel time to conduct research concerning the application of the sentencing guidelines, and to meet with Mr. Martinez concerning the proposed plea, the parties hereto agree that the trial and trial confirmation hearing dates be vacated, and that the matter be set for a status conference on **December 12, 2005, at 9:30 a.m.** at which time it is anticipated that the defendant will enter a plea.

3. It is further stipulated by the parties that time be excluded to December 12, 2005 for preparation of counsel pursuant to local code T4.

1

18 U.S.C. 3161(h)(8)(B)(iv).

DATED: November 17, 2005   /s/ Tim Warriner
Attorney for defendant, RICHARD MARTINEZ

DATED: November 17, 2005   /s/ Matthew Stegman
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the trial date of January 31, 2006 and trial confirmation hearing of December 3, 2005 are vacated, and a status conference is set for December 12, 2005 at 9:30 a.m.. It is further ordered that time be excluded to December 12, 2005 for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: November 17, 2005

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT JUDGE