Timothy E. Warriner (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
RICHARD WAYNE MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> RICHARD WAYNE MARTINEZ, ) <br> ) <br> Defendant. ) <br> ) | No. CRS 04 0128 FCD <br><br> STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING DATE |

The parties hereby stipulate to the following:

1.    This matter is now set for judgment and sentencing on March 6, 2006, at 9:30 a.m.

2.    The parties hereby stipulate that the judgment and sentencing date may be continued in order to provide additional time for defense counsel, who is currently in trial, to assist the US Probation Officer in preparation of the presentence investigation report, and in order to obtain materials relevant to the preparation of the presentence report.  Thus, is hereby requested that the sentencing date be moved to **April 10, 2006, at 9:30 a.m.**

DATED: January 24, 2006        /s/ Tim Warriner
                               Attorney for defendant, RICHARD
                               MARTINEZ


DATED: January 24, 2006        /s/ Matthew Stegman
                               Assistant U.S. Attorney

1

## ORDER

Pursuant to the stipulation of the parties, it is hereby ordered that the judgment and sentencing date be continued to April 10, 2006, at 9:30 a.m.

DATED: January 24, 2006

                                      /s/ Frank C. Damrell Jr.
                                      UNITED STATES DISTRICT JUDGE