Timothy E. Warriner, Esq. (SB#166128)
Attorney at Law
1725 Capitol Ave.
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 448-5346

Attorney for defendant,
RICHARD WAYNE MARTINEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR S-04-0128 FCD |
| ) | |
| Plaintiff, ) | |
| ) | REQUEST FOR ORDER AND |
| ) | ORDER EXONERATING BOND |
| v. ) | |
| ) | |
| RICHARD WAYNE MARTINEZ, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    The defendant in the above captioned matter was sentenced to 12 months and 1 day in custody and 36 months supervised release. He is currently serving his sentence.

    On March 25, 2004, the defendant was ordered released on condition he post a $25,000 bond secured by cash or real property. An appearance bond and deed of trust were subsequently received by the court. The bond having been secured by his parents' real property, the defendant was released.

    Because this case has concluded and the defendant is serving the sentence ordered by the court, the sureties for the bond are entitled to the release of their real property, and it is respectfully requested that this Court direct the Clerk of the Court to reconvey title to such property forthwith.

1 | DATED: August 9, 2006

_____
TIM WARRINER, Attorney for Defendant,
RICHARD WAYNE MARTINEZ

IT IS SO ORDERED

DATED: August 10, 2006    /s/ Frank c. Damrell Jr.
FRANK C. DAMRELL, JR.,
U.S. DISTRICT JUDGE